Decided September 28, 2005

DUANE ZIEMBA *v.* COMMISSIONER OF CORRECTION

The petitioner Duane Ziemba's petition for certification for appeal from the Appellate Court, 90 Conn. App. 70 (AC 24402), is denied.

*Richard C. Marquette*, special public defender, in support of the petition.

*Elizabeth M. Moseley*, special deputy assistant state's attorney, in opposition.

Decided October 6, 2005